# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:21-cv-03364

**Micah Uetricht, et al**

Plaintiff

**vs.**

**Chicago Parking Meters, LLC**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Civil Cover Sheet**

| | |
|---|---|
| PARTY SERVED: | **CHICAGO PARKING METERS, LLC C/O CT CORPORATION SYSTEM** |
| PERSON SERVED: | **DERRICK HACKETT, INTAKE SPECIALIST** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **7/6/2021 at 12:32 PM** |
| ADDRESS, CITY AND STATE: | **208 S. LASALLE ST., STE 814, CHICAGO, IL 60604** |
| DESCRIPTION: | Race: **Black**  Sex: **Male**  Age: **31**<br>Height: **5'8"**  Weight: **140**  Hair: **Black**  Glasses: **Yes** |

I declare under penalties of perjury that the information contained herein is true and correct.

SUBSCRIBED AND SWORN to before me on the 6th day of July, 2021.

*Joan C. Harenberg*

Signature: *Robert D Fairbanks*

Robert D Fairbanks
Registration No: 117-001119

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025

**Judicial Attorney Services, Inc.** 2100 Manchester Rd., Ste 503-2  Wheaton, IL 60187, (630) 221-9007

CLIENT: **Chanen & Olstein**
FILE #:

Job #: **468780**