## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICAH UETRICHT, MARIANELA D'APRILE, and JOHN KADERBEK, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:21-cv-03364 |
| v. | )<br>) Hon. Matthew F. Kennelly |
| CHICAGO PARKING METERS, LLC, | )<br>) Mag. Judge Gabriel A. Fuentes |
| Defendant. | )<br>)<br>)<br>) |

**CHICAGO PARKING METERS, LLC'S**
**RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Chicago Parking Meters, LLC ("CPM"), by undersigned counsel, makes the following disclosure:

CPM is a limited liability company whose members include a corporation that is indirectly owned in part by Allianz SE, a publicly traded company, and limited partnerships that are indirectly owned by Morgan Stanley, a publicly traded company.

Allianz SE has no parent corporation. The following entities are believed to own greater than 5% of Allianz SE's stock: BlackRock, Inc.

Morgan Stanley has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, the following entities own greater than 5% of Morgan Stanley's stock: Mitsubishi UFJ Financial Group, Inc.; State Street Corp.; The Vanguard Group; BlackRock, Inc; and T. Rowe Price Associates, Inc.

| | |
|---|---|
| Dated: July 19, 2021 | Respectfully submitted, |
| | By: /s/ Joseph L. Motto |

1

Dan K. Webb
Joseph L. Motto
Conor Reidy
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
dwebb@winston.com
jmotto@winston.com
creidy@winston.com

*Attorneys for Chicago Parking Meters, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2021, I caused a true and correct copy of the foregoing to be filed via the CM/ECF system and served upon all counsel of record.

/s/ Joseph L. Motto