IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICAH UETRICHT, MARIANELA D'APRILE, and JOHN KADERBEK, <br><br> Plaintiffs, <br> v. <br><br> CHICAGO PARKING METERS, LLC, <br><br> Defendant. | Case No. 1:21-cv-03364 <br><br> Hon. Matthew F. Kennelly <br><br> Mag. Judge Gabriel A. Fuentes |

**DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD
AND FOR AN EXTENSION OF PAGE LIMIT**

Defendant Chicago Parking Meters, LLC ("CPM"), by and through their counsel, respectfully moves this Court for an extension of time in which to answer, move, or otherwise plead, up to and including August 10, 2021. CPM further moves this Court for extension of the page limit of Local Rule 7.1 up to 25 pages. CPM has conferred with counsel for Plaintiffs, who do not object to CPM's requested relief. In further support of this motion, CPM states as follows:

**A. Extension of Time to Answer, Move, or Otherwise Plead**

1. On June 23, 2021, Plaintiffs filed a complaint against CPM alleging violations of federal antitrust law and Illinois consumer protection law.

2. CPM was served with a copy of the Complaint on July 6, 2021.

3. CPM's response to the Complaint is currently due on July 27, 2021.

4. In order to permit CPM an adequate opportunity to prepare a responsive pleading, CPM respectfully requests a 14-day extension of time until August 10, 2021, in which to answer, move, or otherwise plead.

5. CPM has consulted with Plaintiffs, who do not object to the requested extension of time to respond to the Complaint up to and including August 10, 2021.

6. The extension sought by this motion is made in good faith and not for purposes of harassment or delay.

**B. Extension of Page Limit**

7. CPM intends to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12.

8. CPM anticipates seeking dismissal of the Complaint on several grounds. In order to permit CPM an adequate opportunity to develop those arguments and address the allegations in the Complaint, CPM asks for a modest increase of 10 pages over the 15-page limit in Local Rule 7.1 to 25 pages.

9. CPM has consulted with Plaintiffs, who do not object to the requested extension of the page limit up to 25 pages.

10. The extension of the page limit sought by this motion is made in good faith.

WHEREFORE, CPM respectfully requests this Court to grant this unopposed motion for an extension of time for CPM to answer, move, or otherwise plead, up to and including August 10, 2021, and for an extension of the page limit under Local Rule 7.1 up to 25 pages for CPM's motion to dismiss.

Dated: July 19, 2021

Respectfully submitted,

By: /s/ Joseph L. Motto

Dan K. Webb
Joseph L. Motto
Conor Reidy
WINSTON & STRAWN LLP

                                      35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
dwebb@winston.com
jmotto@winston.com
creidy@winston.com

*Attorneys for Defendant Chicago Parking Meters, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2021, 1 caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic mail.

      /s/ Joseph L. Motto

      One of the Attorneys for

      Defendant Chicago Parking Meters, LLC