# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Micah Uetricht, et al.

                          Plaintiff,

v.                                            Case No.: 1:21−cv−03364
                                                          Honorable Matthew F. Kennelly

Chicago Parking Meters, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 20, 2021:

       MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's unopposed motion for extension of time and to extend page limitation [14] is granted. Response to complaint is to be filed by 8/10/2021. Brief in support of motion to dismiss may be up to 25 pages long. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.