**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Micah Uetricht, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−03364
                                                        Honorable Matthew F. Kennelly

Chicago Parking Meters, LLC

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

     MINUTE entry before the Honorable Matthew F. Kennelly: This case is set for telephonic status hearing on 8/16/2021 at 8:55 AM, using call−in number 888−684−8852, access code 746−1053. Counsel should wait for the case to be called before announcing themselves. Plaintiffs' counsel should be prepared to discuss whether they wish to respond to the motion to dismiss or amend their complaint, as well as an appropriate schedule for either. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.