# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Micah Uetricht, et al.

                        Plaintiff,

v.                                                    Case No.: 1:21−cv−03364
                                                                Honorable Matthew F. Kennelly

Chicago Parking Meters, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 16, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/16/2021. Plaintiff has until 9/7/2021 to file an amended complaint. A telephonic status hearing is set for 9/13/2021 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.