## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Micah Uetricht, et al.

                          Plaintiff,

v.                                                       Case No.: 1:21−cv−03364
                                                          Honorable Matthew F. Kennelly

Chicago Parking Meters, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/13/2021. Defendant's motion to dismiss [17] is terminated as moot. Defendant's motion to dismiss the amended complaint is to be filed by 9/27/2021. Plaintiff's response is due 10/18/2021; defendant's reply is due 11/1/2021. The defendant's have leave to file up to 25 pages for the motion to dismiss. The plaintiff's have leave to file up to 25 pages for the response. The reply is to be 15 pages. A telephonic status hearing is set for 12/8/2021 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.