IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICAH UETRICHT and JOHN KADERBEK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:21-cv-03364 |
| | ) | |
| CHICAGO PARKING METERS, LLC, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | Mag. Judge Gabriel A. Fuentes |
| | ) | |

### CHICAGO PARKING METERS, LLC'S
### RULE 12(B)(1) AND RULE 12(B)(6) MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Chicago Parking Meters, LLC ("CPM") respectfully moves to dismiss the Plaintiffs' First Amended Complaint in the above-refenced action, with prejudice. In further support of the motion, CPM incorporates by reference the Memorandum in Support of Chicago Parking Meters, LLC's Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss, which is being filed contemporaneously.

Dated: September 27, 2021

Respectfully submitted,

By: /s/ Joseph L. Motto

Dan K. Webb
Robert Y. Sperling
Joseph L. Motto
Conor Reidy
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
DWebb@winston.com
RSperling@winston.com
JMotto@winston.com
CReidy@winston.com

*Attorneys for Defendant Chicago Parking Meters, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2021, I caused a true and correct copy of the foregoing to be filed via the CM/ECF system and served upon all counsel of record.

/s/ Joseph L. Motto