IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Micah Uetricht, and <br> John Kaderbek, <br>         Plaintiffs, <br> <br> v. <br> <br> Chicago Parking Meters, LLC, <br> <br>         Defendant. | No. 21-cv-3364 <br> The Honorable Matthew F. Kennelly |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN
<u>EXTENSION OF TIME TO FILE THEIR OPPOSITION MEMORANDUM</u>**

Plaintiffs Micah Uetricht and John Kaderbek respectfully file this motion for a one-week extension of time to file their memorandum in opposition to Defendants' Motion and Memorandum to Dismiss, Dkts. 24, 25. Defendant Chicago Parking Meters LLC ("CPM") does not oppose the motion. In support of the motion, Plaintiffs state:

    1.    On September 9, 2021, Plaintiffs filed their Amended Complaint. Dkt.22.

    2.    On September 13, 2021, this Court set a briefing schedule for CPM's Motion to Dismiss: September 27 for the moving brief; October 18 for the response; and November 1 for the reply. Dkt.23.

    3.    On September 27, 2021, Defendant CPM filed it motion and memorandum to dismiss. Dkt.24, 25.

    4.    Plaintiffs now seek an extension of their response filing from October 18 to October 25, and an extension of CPM's reply from November 1 to November 8. This request is not filed for purposes of delay. Rather, Plaintiffs' lead counsel, Tom Geoghegen is getting married on Saturday (for the first time, at age 72). Because many of the draft response sections rely in large part on the section Mr. Geoghegan is drafting,

Plaintiffs' counsel would benefit and the quality of the response brief would benefit from the additional week being sought.

    5.    Graciously, Defendant CPM does not oppose the motion.

For these reasons, Plaintiff respectfully requests this Court to change the response deadline to October 25 and the reply deadline to November 8.

Dated: October 7, 2021

                                  Respectfully submitted,

                                *Plaintiffs Micah Uetricht and John Kaderbek*

                                By: /s/ *Stuart J. Chanen*

Stuart J. Chanen
Ariel Olstein
CHANEN & OLSTEIN
7373 Lincoln Avenue, Suite 100
Lincolnwood, IL 60712
847-469-4669
Stuart@ChanenOlstein.com
Ariel@ChanenOlstein.com

Thomas H. Geoghegan
Michael P. Persoon
Will Bloom
DESPRES, SCHWARTZ & GEOGHEGAN, LTD.
77 W. Washington St., Ste. 711
Chicago, Illinois 60602
(312) 372-7391
tgeoghegan@dsgchicago.com
mpersoon@dsgchicago.com
wbloom@dsgchicago.com