## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Micah Uetricht, et al.

                Plaintiff,

v.

Chicago Parking Meters, LLC

                Defendant.

Case No.: 1:21–cv–03364
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for extension of time [26] is granted. The plaintiffs' response to the defendant's motion to dismiss is due by 10/25/2021; defendant's reply is due 11/8/2021. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.