**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Micah Uetricht, et al.

                         Plaintiff,

v.                                              Case No.: 1:21−cv−03364
                                              Honorable Matthew F. Kennelly

Chicago Parking Meters, LLC

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/8/2021. Case is set for a telephonic status hearing and ruling on the motion hearing are set for 1/31/2022 at 9:00 a.m. The following call−in number will be used: 888−684−8852; access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.