**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICAH UETRICHT and JOHN KADERBEK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:21-cv-03364 |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| CHICAGO PARKING METERS, LLC, | ) | |
| | ) | Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the plaintiffs in the above-named case hereby appeal to the

United States Court of Appeals for the Seventh Circuit from the final judgment entered in this

action on January 24, 2022.

Respectfully submitted,

Dated: February 1, 2022                    By: /s/ *Thomas H. Geoghegan*
                                                         One of Plaintiffs' Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Willem Bloom
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

Stuart J. Chanen
Ariel Olstein
Chanen & Olstein
7373 Lincoln Avenue, Suite 100
Lincolnwood, IL 60712
(847) 469-4669

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on February 1, 2022, using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record through the Court's system.

Respectfully submitted,

*/s/ Thomas H. Geoghegan*
One of Plaintiff's Attorneys