# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 2, 2022

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-1166 |
| Caption: |
| MICAH UETRICHT and JOHN KADERBEK, |
| Plaintiffs - Appellants |
| v. |
| CHICAGO PARKING METERS, LLC, |
| Defendant - Appellee |
| District Court No: 1:21-cv-03364 |
| District Judge Matthew F. Kennelly |
| Clerk/Agency Rep Thomas G. Bruton |
| Date NOA filed in District Court: 02/01/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)